1 | Michael W. Berdinella #085038
Law Offices of Michael W. Berdinella
2 | 726 W. Barstow, Suite 100
3 | Fresno, CA 93704
Phone: (559) 436-8000
4 | Fax: (559) 436-8900
Email: berdinellalaw@gmail.com
5

6 | Attorney for Defendant
LINDA LEANNE MURRAY
7

FILED

SEP 24 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

8 | **IN THE UNITED STATES DISTRICT COURT**
9 | **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 | UNITED STATES OF AMERICA,

1:18-cr-00052-DAD

Case No.: ~~1:16-cr-00050-DAD-BAM~~

12 | Plaintiff,

13 | vs.

14 | LINDA LEANNE MURRAY,

15 | Defendant

**ORDER FOR RELEASE AND
TRANSPORTATION TO TULARE
COUNTY PREVENTION SERVICES**

16

17 | UPON GOOD CAUSE BEING SHOWN, it is hereby ordered that LINDA LEANNE

18 | MURRAY, DOB 03/24/1989, JID# 70901667, be released from the Fresno County Jail on

19 | October 1, 2018 at 10:00 a.m. to the custody Investigator for her attorney, ROBERT GONZALEZ, for

20 | transportation to the Tulare County Prevention Service Center at 942 Santa Fe St., Visalia, CA

21 | 93292, [Telephone (800) 834-7121] to be evaluated for admission to the rehabilitation program

23 | there.

24 | Upon completion of the evaluation, it is ordered that LINDA LEANNE MURRAY shall

25 | be returned, immediately, to the custody of the Fresno County Jail. *This order does not permit*
26 | *any other side trip or visitation, and is solely permitting to and from*
27 | *Tulare County Prevention Service Center.*

28

ORDER FOR RELEASE AND TRANSPORTATION TO TULARE COUNTY PREVENTION SERVICES - 1

It is so ordered. *Order approving release of Linda Murray on 10/1/18 for transportation to Tulare County Prevention Services and immediate return upon completion of the evaluation*

Dated: _____

9/24/18

Barbara A. McAuliffe
United States Magistrate Judge
Eastern District of California

ORDER FOR RELEASE AND TRANSPORTATION TO TULARE COUNTY PREVENTION SERVICES - 2