IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:18-cr-00052-DAD |
| | ) | |
| *Plaintiff,* | ) | ORDER OF RELEASE |
| | ) | FOR LINDA LEANNE MURRAY |
| *vs.* | ) | |
| | ) | |
| LINDA LEANNE MURRAY, | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

IT IS HEREBY ORDERED that defendant Linda Leanne Murray shall be released from the Fresno County Jail to a representative from the Rescue the Children Program, on Tuesday, October 16, 2018, at 8:00 a.m. for transportation to the Rescue the Children program in Fresno, California.

IT IS SO ORDERED.

Dated: **October 15, 2018**　　　　　　　／s／ Dale A. Drozd
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

-1-