IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1:18-cr-00052-DAD |
|---|---|---|
| Plaintiff, | ) | AMENDED ORDER OF RELEASE FOR LINDA LEANNE MURRAY |
| vs. | ) | |
| LINDA LEANNE MURRAY, | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that defendant Linda Leanne Murray shall be released from the Fresno County Jail on Tuesday, October 16, 2018, at 8:00 a.m. for transportation to the Rescue the Children program in Fresno, California and is to report to staff immediately upon arrival.

IT IS SO ORDERED.

Dated: **October 16, 2018**
UNITED STATES DISTRICT

-1-